# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-22518-DPG

MOBB HEALTH CARE LTD.,

    Plaintiff,

vs.

FELIX GERSHGORIN,
KLARA GERSHGORIN, and
INNO MEDICAL, LLC.

    Defendants.

_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **JANUARY 29, 2024**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday**, **JANUARY 24, 2024**. A Status Conference will be held at 10:00 a.m. on Wednesday, September 20, 2023.

The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motions to amend the complaint by | **11/18/2022** |
| 2. Written list containing the names and addresses of all fact witnesses intended to be call at trial by | **6/10/2023** |
| 3. *Plaintiff shall serve its Infringement Contentions by*[1] | **12/2/2022** |
| 4. *Defendants shall serve their Invalidity Contentions and Non-Infringement Contentions by* | **1/13/2023** |
| 5. *Parties exchange list of proposed terms for claim construction with proposed constructions and extrinsic evidence by* | **2/3/2023** |
| 6. *Parties file opening claim construction briefs by* | **2/24/2023** |

---

[1] Dates added to Scheduling Order in italics for patent claim construction deadlines.

| | |
|---|---|
| 7. *Parties file responsive claim construction briefs by* | **3/13/2023** |
| 8. *Claim Construction Hearing*<br><br>*[Notify the Court if the parties request leave to present testimony at claim construction hearing and the time they are requesting be allocated to them for the hearing]* | **4/13/2023** |
| 9. Party with the burden of proof shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(a) by | **5/13/2023** |
| 10. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **6/13/2023** |
| 11. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **3/13/2023** |
| 12. Fact discovery shall be completed by | **7/10/2023** |
| 13. Expert discovery shall be completed by | **7/10/2023** |
| 14. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **8/25/2023** |
| 15. Mediation shall be completed by | **10/20/2023** |
| 16. All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **10/25/2023** |
| 17. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **11/29/2023** |

Dated:  October 14, 2022                    Respectfully submitted,

| | |
|---|---|
| KOZYAK, TROPIN & THROCKMORTON<br>*Counsel for Plaintiffs*<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Coral Gables, Florida 33134<br>Tel.: 305-372-1800<br>Fax: 305-372-3508<br><br>/s/ *Michael R. Lorigas*<br>Javier A. Lopez, Esq.<br>Fla. Bar No. 16727<br>jal@kttlaw.com<br>Michael R. Lorigas, Esq.<br>Florida Bar No. 123597<br>mlorigas@kttlaw.com<br>Rasheed K. Nader, Esq.<br>Florida Bar No. 1002362<br>rnader@kttlaw.com | JASON B. GILLER, P.A.<br>*Counsel for Defendants/Counter-Claim Plaintiffs, Felix Gershgorin, Klara Gershgorin, and Inno Medical, LLC*<br>1111 Brickell Ave.<br>Suite 1550<br>Miami, FL 33131<br>Tel: (305) 999-1906<br><br>/s/ *Robert M. Schwartz*<br>Jason B. Giller, Esq.<br>Fla. Bar No. 77441<br>jason@gillerpa.com<br>Hilary A. Schein, Esq.<br>Fla. Bar No. 1019115<br>hilary@gillerpa.com<br><br>ROBERT M. SCHWARTZ, P.A.<br>*Counsel for Defendants/Counter-Claim Plaintiffs, Felix Gershgorin, Klara Gershgorin, and Inno Medical, LLC*<br>2445 Hollywood Blvd.<br>P.O. Box 221470<br>Hollywood, FL 33022<br>Tel: (954) 924-0707<br>Fax: (954) 924-0717 |